

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00385-CV

**TC & C REAL ESTATE HOLDINGS, INC.,**

Appellant

**v.**

**DANIEL RAY SHERROD AND WENDY SHERROD,**

Appellees

**From the 87th District Court**
**Limestone County, Texas**
**Trial Court No. 29,970-B**

## ORDER DENYING MOTION FOR REHEARING

TC & C Real Estate Holdings, Inc. initially complains in its motion for rehearing that this Court's opinion and judgment is incorrect because we held that a right of first refusal was an interest in property. While our statement may not have been fully explained due to the nature of a memorandum opinion, a right of first refusal can be a sufficient claim of an interest related to real property that creates a cloud on a title to real property which can be cleared by an action for trespass to try title. Nevertheless,

our memorandum opinion did not seek to resolve the actual nature of the right beyond recognition that the right or interest was addressed in the prior litigation.[1]

Accordingly, TC & C's motion for rehearing is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion for rehearing denied
Order issued and filed December 11, 2014



---

[1] We note that an "interest in property" may be different than "a property interest." Furthermore, the right in this instance is neither a traditional right of first refusal nor a traditional option to purchase. The resolution of the precise nature of the alleged right was unnecessary to the disposition of the appeal.